IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA PERRIN, ON BEHALF OF J.P., | : : : | Case No. 13-CV-02946 |
| Plaintiff, | : : | (Judge Brann) |
| v. | : : : | (Chief Magistrate Judge Carlson) |
| THE WARRIOR RUN SCHOOL DISTRICT, | : : : | |
| Defendant. | : | |

## ORDER

November 4, 2015

The undersigned has given full and independent consideration to the September 16, 2015 Report and Recommendation of Chief Magistrate Judge Martin C. Carlson (ECF No. 44) regarding Defendant's Motion for Judgment on the Administrative Record (ECF No. 38) and Plaintiff's cross Motion for Judgment on the Administrative Record (docketed as "Motion for Summary Judgment") (ECF No. 40). No objections to Chief Magistrate Judge Carlson's Report and Recommendation were filed by either party.

The Court has reviewed the R&R only to detect clear non-conformance with well-established law. See Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (although the Court is not required to review magistrate judge's report absent

objections, "the better practice is for the district judge to afford some level of review to dispositive legal issues raised by the report"). This Court agrees with Chief Magistrate Judge Carlson's recommendations and will not rehash the reasoning of the Chief Magistrate Judge. Therefore, this Court will adopt the Report and Recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Chief Magistrate Judge Carlson's Report and Recommendation is ADOPTED in full. September 16, 2015 ECF No. 44.

2. Defendant The Warrior Run School District's Motion for Judgment on the Administrative Record is GRANTED in its entirety. October 31, 2014 ECF No. 38.

3. Plaintiff's cross Motion for Judgment on the Administrative Record (docketed as "Motion for Summary Judgement") is DENIED. October 31, 2014 ECF No. 40.

4. The Clerk is directed to enter final judgement in favor of Defendant and against Plaintiff and to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge